**IT IS ORDERED as set forth below:**



Date: May 22, 2018

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:                )  Chapter 13 Case No. 18-10315
James Prussley                   )
                                 )
                                 )
           Debtor(s)             )

### ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐   Denied and the case is dismissed.

  ☐   Without prejudice;

  ☐   With prejudice against refiling for 180 days;

  ☐   Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐   Granted upon condition that:

  ☐   Debtor pay $_____ by _____;

  ☐   Debtor pay $_____ per _____ until _____;

Chapter 13 Case No. 18-10315
Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☑ Continued to July 23, 2018 at 3:30 pm

☑ With payments of $ 6540.00 per NBI in the interim;

☑ Upon payment of $ 6540.00 by July 23, 2018 ;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☑ Upon condition that Debtor(s): Pentagon Federal shall be paid adequate protection payments of $560/month in the interim. Said payments to be disbursed by the Trustee. Debtor to provide proof of insurance.

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☐ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:
_____
Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller
13-01 {Rev. 7/05}